Peter R. Afrasiabi (Bar No. 193336)
pafrasiabi@onellp.com
**ONE LLP**
23 Corporate Plaza, Suite 150-105
Newport Beach, CA 92660
Telephone:  (949) 502-2870
Facsimile:  (949) 258-5081

*Attorneys for Plaintiff,*
Paul Velgos, d/b/a Paul Velgos Photography

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| PAUL VELGOS, D/B/A PAUL VELGOS PHOTOGRAPHY,<br><br>Plaintiff,<br><br>v.<br><br>COMMERCIAL WEST BROKERAGE, INC., a California corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.   8:25-cv-2725<br><br>**COMPLAINT FOR COPYRIGHT INFRINGEMENT (17 U.S.C. § 501)**<br><br>**DEMAND FOR JURY TRIAL** |

**COMPLAINT FOR COPYRIGHT INFRINGEMENT (17 U.S.C. § 501)**

1    Paul Velgos, d/b/a Paul Velgos Photography ("Plaintiff" or "Velgos"), by and
2 through its attorneys of record, complains against Commercial West Brokerage, Inc.
3 ("Defendant" or "Commercial West"), and DOES 1-10, inclusive, as follows:

## JURISDICTION AND VENUE

4    1.   This is a civil action against Defendant for their acts of copyright
5 infringement in violation of the United States Copyright Act, 17 U.S.C. §§ 101 et
6 seq.

7    2.   This Court has subject matter jurisdiction over this copyright
8 infringement action under 28 U.S.C. §§ 1331, 17 U.S.C. § 501(a), and 28 U.S.C. §
9 1338(a).

10   3.   Venue is proper in this District under 28 U.S.C. §§ 1391(b)(2) and (c)
11 in that the claim arises in this Judicial District, the Defendant transacts business in
12 this Judicial District, and Defendant is subject to the general and specific personal
13 jurisdiction of this Court because of their contacts with the State of California.

## PARTIES

14   4.   Plaintiff Paul Velgos, d/b/a Paul Velgos Photography is an individual
15 residing in Indiana.

16   5.   Plaintiff is informed and believes and, upon such, alleges that
17 Defendant Commercial West Brokerage, Inc. is a California corporation formed
18 under the laws of the state of California with its principal place of business in
19 Corona Del Mar, California.

20   6.   DOES 1 through 10, inclusive, are unknown to Velgos, who therefore
21 sues said Defendants by such fictitious names. Velgos will ask leave of Court to
22 amend this Complaint and insert the true names and capacities of said Defendants
23 when the same have been ascertained. Velgos is informed and believes and, upon
24 such, alleges that each of the Defendants designated herein as a "DOE" are legally
25 responsible in some manner for the events and happenings herein alleged, and that
26 Velgos's damages as alleged herein were proximately caused by such Defendants.

**COMPLAINT FOR COPYRIGHT INFRINGEMENT (17 U.S.C. § 501)**

**STATEMENT OF FACTS**

*Plaintiff's Business and the Photographs Forming the*

*Subject Matter of This Dispute*

7. As part of its business as a prominent photography agency, Velgos is hired by a multitude of top-tier media outlets. Many thousands of Velgos's images have been purchased for use in movies, television, books, magazines, websites, print wall decor, and much more. Velgos's images have been licensed by some of the world's most well-known businesses including Google, Warner Bros., Marriott, Wyndham Hotels & Resorts, Bureau of Alcohol, Tabacco, Firearms and Explosives, Fifth Third Bank, Chicago Magazine, Los Angeles Magazine, Orange Coast Magazine, Marcus & Millichap, and Jewel Foods. Examples of projects and clients are on Velgos's website. Velgos frequently works directly with businesses and also partners with advertising agencies, art consultants, and design consultants on projects.

8. Velgos has created many stylized and valuable photographs of high-quality cityscape, landscape, real estate, and beach photography that emphasizes unique scenes and tones. Among them is a photograph which frames the subject matter of the dispute. This photograph is a photograph of a business complex in Irvine, California (the "Photo"), which is a city best described as a pristine, master-planned suburban city in Southern California known for distinct business centers. A true and correct copy of the Photo is attached hereto as Exhibit A.

9. Velgos has timely obtained the copyright registration for the Photo with the United States Copyright Office. The Photo was registered with the copyright office on June 1, 2013, before Defendant's copyright infringement. A true and correct copy of the Copyright Registration Certificate is attached hereto as Exhibit B.

*The Defendants and the Marketplace*

**COMPLAINT FOR COPYRIGHT INFRINGEMENT (17 U.S.C. § 501)**

10. Commercial West's website promotes their retail real estate firm which includes various photos of multiple businesses in Southern California.

11. On information and belief, the Defendant makes revenue through promoting photos in its marketing efforts to sell or rent real estate in Southern California. One promotional material involves the Photo, which intellectual property is not licensed to Commercial West or authorized by the owner to be present for advertising.

12. Plaintiff's image and the infringement are reproduced here:

*Velgos's Registered Photo:*



*Infringing Use by Commercial West:*



13. Plaintiff is informed and believes that Defendant has violated federal law by infringing Velgos's copyright to at least the Photo identified in Exhibit A. Specifically, Defendant reproduced, distributed, hosted on its servers, modified and created a derivative version, and then publicly displayed the Photo, and/or derivatives thereof without permission, consent, or license for the purposes of trade, specifically to promote Commercial West's retail center and sales opportunities for 2152 Dupont Drive in Irvine, and used Velgos's Photo to advertise such products and services.

14. Velgos has never sold or licensed the Photo to Defendant for use.

15. Plaintiff is informed and believes that Defendant has driven significant traffic to Commercial West. As mentioned above, all this traffic translates into substantial ill-gotten commercial advantage and revenue generation for Defendant as a consequence of their infringing actions.

16. The infringement is also willful given, as Plaintiff is informed and

believes and therefore alleges, that the watermark in the Photo on Defendant's website is still present (as framed in red above in the picture), which watermark demonstrates Velgos's ownership of the Photo. Plaintiff's properly licensed images do not contain the watermark in licensed production works. Infringing uses of the Photo contain the watermark when those infringements are taken from Velgos' or approved third party websites.

## FIRST CLAIM FOR RELIEF

**(Copyright Infringement, 17 U.S.C. § 501, Against All Defendants)**

17.  Plaintiff Velgos incorporates herein by reference the allegations in paragraphs 1 through 16 above.

18.  Velgos is the rightsholder to the copyright of the Photo, which substantially consists of wholly original material that constitutes copyrightable subject matter under the laws of the United States. Velgos has complied in all respects with the Copyright Act and all of the laws of the United States governing copyrights. The Photo has been timely registered with the United States Copyright Office.

19.  Defendant has directly, vicariously, and/or contributorily infringed, and unless enjoined, will continue to infringe Velgos's copyright by reproducing, displaying, distributing, and utilizing the Photo for purposes of trade without authorization of or payment to Velgos in violation of 17 U.S.C. § 501 et seq.

20.  Defendant has willfully infringed, and unless enjoined, will continue to infringe Velgos's copyrights by knowingly reproducing, modifying, displaying, distributing, and utilizing the Photo for the purposes of trade, specifically to promote Commercial West's retail center.

21.  Velgos is informed and believes that Defendant, despite such knowledge, willfully reproduced, modified, and distributed the Photo, without any right to do so.

22.  Defendant has received substantial benefits in connection with the

unauthorized reproduction, distribution, and utilization of the Photo for purposes of trade, including by increasing the traffic to their websites and use of their services.

23. Defendant's unauthorized actions were performed without Velgos's permission, license, or consent.

24. Defendant's wrongful acts have caused, and are causing, great injury to Velgos, of which damages cannot be accurately computed, and unless this Court restrains Defendant from further commission of said acts, Velgos will suffer irreparable injury, for all of which it is without an adequate remedy at law. Accordingly, Velgos seeks a declaration that Defendant is infringing Velgos's copyrights and an order under 17 U.S.C. § 502 enjoining Defendant from any further infringement of Velgos's copyrights.

25. As a result of Defendant's wrongful acts alleged herein, Velgos has suffered and is suffering substantial damage to its business in the form of diversion of trade, loss of profits, injury to goodwill and reputation, and the dilution of the value of its rights, all of which are not yet fully ascertainable.

26. Because of the willful nature of Defendant's copyright infringement, Velgos is entitled to an award of statutory damages of up to $150,000 per copyrighted work.

27. Alternatively, at its discretion, Velgos is entitled to actual damages in an amount to be proven at trial for the infringement of the Photo.

28. Velgos is also entitled to its attorney's fees and costs in prosecuting this action.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff Velgos requests judgment against Defendant as follows:

A. The Defendant, their officers, agents, servants, employees, representatives, and attorneys, and all person in active concert or participation with them, be permanently enjoined from designing, copying, reproducing, displaying,

promoting, advertising, distributing, or selling, or any other form of dealing or transaction in, any and all advertising and promotional materials, print media, signs, Internet websites, or any other media, either now known or hereafter devised, bearing any design or mark which infringe, contributorily infringe, or vicariously infringe upon Velgos's rights in the Photo at issue.

  B. Defendant be held liable to Velgos in statutory damages for copyright infringement in accordance with 17 U.S.C. §§ 504 (a)(2) and (c) and for costs, interest, and reasonable attorney's fees pursuant to 17 U.S.C. § 505.

  C. An accounting be made for all profits, income, receipts, or other benefit derived by Defendant from the reproduction, copying, display, promotion, distribution, or sale of products and services, or other media, either now known or hereafter devised that improperly or unlawfully infringes upon Velgos's copyright pursuant to 17 U.S.C. § 504 (a)(1) and (b).

  D. Requiring Defendant to account for and pay over to Velgos all profits derived by Defendant from their acts of copyright infringement and to reimburse Velgos for all damages suffered by Velgos by reasons of Defendant's acts, pursuant to 17 U.S.C. §§ 504 (a)(1) and (b).

  E. Actual damages for copyright infringement pursuant to 17 U.S.C. §§ 504 (a)(1) and (b).

  F. That Velgos be awarded any such other and further relief as the Court may deem just and appropriate.

Dated: December 9, 2025       **ONE LLP**

              By: */s/ Peter R. Afrasiabi*
                Peter R. Afrasiabi
                *Attorneys for Plaintiff,*
                Paul Velgos, d/b/a Paul Velgos Photography

**COMPLAINT FOR COPYRIGHT INFRINGEMENT (17 U.S.C. § 501)**

**COMPLAINT FOR COPYRIGHT INFRINGEMENT (17 U.S.C. § 501)**

## **DEMAND FOR JURY TRIAL**

Plaintiff Paul Velgos, d/b/a Paul Velgos Photography, hereby demands trial by jury of all issues so triable under the law.

Dated: December 9, 2025     By: */s/ Peter R. Afrasiabi*
                                 Peter R. Afrasiabi

*Attorneys for Plaintiff,*
Paul Velgos, d/b/a Paul Velgos Photography