# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| Case No. | 8:25-CV-02725 DFM | Date: | January 13, 2026 |
|---|---|---|---|
| Title | Paul Velgos v. Commercial West Brokerage, Inc. et al. | | |

| Present: The Honorable | Douglas F. McCormick, United States Magistrate Judge |
|---|---|
| Nancy Boehme | Court Reporter |
| Deputy Clerk | Not Present |
| Attorney(s) for Plaintiff(s): | Attorney(s) for Defendant(s): |
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) Order to Show Cause

On December 9, 2025, Plaintiff Paul Veglos filed a lawsuit against Defendant Commercial West Brokerage, Inc. See Dkt. 1. Plaintiff served Defendant on December 17, and Defendant's Answer was due by January 7, 2026. See Dkt. 9.

As it stands, Defendant has not filed an Answer or otherwise responded to the Complaint. However, it is Plaintiff's responsibility to move this case toward completion. Accordingly, Plaintiff is ordered to show cause within twenty-one (21) days why this matter should not be dismissed for failure to prosecute. In lieu of a written response, Plaintiff may do one of the following: (1) seek entry of default judgment; (2) file a notice of voluntary dismissal under Fed. R. Civ. P. 41; or (3) cause by some means an Answer or other filing to be made by Defendant.